# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PORTIA MCCOLLUM, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP INCORPORATED,<br><br>                  Plaintiff,<br><br>v.<br><br>ANDREW P. WITTY, STEPHEN HEMSLEY, CHARLIE BAKER, TIMOTHY P. FLYNN, PAUL R. GARCIA, KRISTEN L. GILL, MICHELE J. HOOPER, F. WILLIAM MCNABB, III, VALERIE MONTGOMERY RICE, JOHN H. NOSEWORTHY, and BRIAN THOMPSON<br><br>                  Defendants,<br><br>and<br><br>UNITEDHEALTH GROUP INCORPORATED,<br><br>                  Nominal Defendant. | Civil Action No. 0:24-cv-002643-JMB-DTS<br><br>**JOINT MOTION TO CONSOLIDATE, EXTEND DEADLINE TO RESPOND, AND STAY ACTION** |
| GERALD JOSEPH LOVOI, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP INCORPORATED,<br><br>                  Plaintiff,<br><br>v.<br><br>ANDREW WITTY, CHARLIE BAKER, TIMOTHY FLYNN, PAUL GARCIA, KRISTEN GIL, STEPHEN HEMSLEY, MICHELE HOOPER, F. WILLIAM | Civil Action No. 0:24-cv-03236-JMB-DTS |

| | |
|---|---|
| MCNABB III, VALERIE MONTGOMERY RICE, JOHN NOSEWORTHY, and BRIAN THOMPSON<br><br>    Defendants,<br><br>and<br><br>UNITEDHEALTH GROUP INCORPORATED,<br><br>    Nominal Defendant. | |
| SEAN COLLINS, Derivatively on Behalf of Nominal Defendant UNITEDHEALTH GROUP INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW WITTY, STEPHEN HELMSELY, BRIAN THOMPSON, CHARLES BAKER, TIMOTHY FLYNN, PAUL GARCIA, KRISTEN GIL, MICHELE HOOPER, F. WILLIAM MCNABB III, VALERIE MONTGOMERY RICE, JOHN NOSEWORTHY, and RICHARD T. BURKE,<br><br>Defendants,<br><br>and<br><br>UNITEDHEALTH GROUP INCORPORATED,<br><br>Nominal Defendant. | Civil Action No. 0:24-cv-03484-JMB-DTS |

The above-captioned related shareholder derivative actions (the "*McCollum*" Action, the "*Lovoi*" Action, the "*Collins*" Action, and collectively, the "Related Derivative Actions") were filed in this Court by Plaintiffs Portia McCollum, Gerald Joseph Lovoi, and Sean Collins (collectively, "Plaintiffs") on July 8, 2024, August 12, 2024, and, August 29, 2024, respectively, against Andrew P. Witty, Stephen Hemsley, Charlie Baker, Timothy P. Flynn, Paul R. Garcia, Kristen L. Gill, Michele J. Hooper, F. William McNabb, III, Valerie Montgomery Rice, John H. Noseworthy, and Brian Thompson (collectively, the "Individual Defendants"), who are current and former directors and officers of nominal defendant UnitedHealth Group Inc., ("UHG" or the "Company") (the Company and the Individual Defendants are collectively referred to herein as the "Defendants," and Plaintiffs and Defendants are collectively referred to herein as the "Parties"). The Plaintiffs and Defendants, having agreed as follows, hereby respectfully move the Court for an Order consolidating the Related Derivative Actions, extending the deadline for Defendants to respond to the Complaint and staying the Related Derivative Actions. In support of their motion, the Parties state:

1. Under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact, the [C]ourt may (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay."

2. The Related Derivative Actions challenge the same or substantially similar alleged misconduct by UHG's directors and officers and involve common questions of law and fact. Accordingly, the Parties respectfully submit that consolidation of the Related Derivative Actions is appropriate.

3. To avoid potentially duplicative actions and to prevent any waste of the Court's resources, the Parties request that the Related Derivative Actions should be related and

1

consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (herein referred to as the "Consolidated Derivative Action").

4. A class action alleging violations of the federal securities laws was filed against UHG and certain of its officers on May 14, 2024 and is pending in this Court: *City of Hollywood Firefighters' Pension Fund v. UnitedHealth Group Inc., et al.*, No. 0:24-cv-01743-JMB-DTS (D. Minn.) (the "Federal Securities Class Action");

6. The parties agree that the allegations made in the Consolidated Derivative Action have substantial overlap with the allegations and circumstances alleged in the Federal Securities Action, and the developments in the Federal Securities Action could implicate the efficient prosecution of the Consolidated Derivative Action.

4. The Parties have conferred and agree that, in light of the above, efforts should be made to work cooperatively in order to conserve the Court's and the Parties' resources and promote just and efficient case management.

5. The Parties agree that a stay of the Consolidated Derivative Action, under the conditions described in the Proposed Order filed herewith, will help further those efforts. The Parties do not waive any rights or defenses not specifically addressed therein.

6. In addition, Defendants hereby accept service of any papers or documents filed or served by Plaintiff and waive any defense of insufficiency of service of process. Defendants, however, do not waive any objection to the jurisdiction of this Court or any other defenses. The Parties request the Court to issue an order that relieves Defendants of their obligation to answer, move, or otherwise respond to the Complaints that have been filed in the Consolidated Derivative Action, subject to the conditions described in the Proposed Order filed herewith.

| | |
|---|---|
| DATED: November 20, 2024 | Respectfully submitted, |

**FAEGRE DRINKER BIDDLE & REATH LLP**

*s/ Peter C. Magnuson*
Peter C. Magnuson
Matthew Kilby
Jeffrey P. Justman
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
Email: peter.magnuson@faegredrinker.com
Email: matthew.kilby@faegredrinker.com
Email: jeffrey.justman@faegredrinker.com

*Counsel for Defendants*

**REINHARDT WENDORF & BLANCHFIELD**

*s/ Garrett D. Blanchfield*
Garrett D. Blanchfield (#209855)
Brant D. Penney (#316878)
Roberta A. Yard (#322295)
80 South 8th Street, Suite 900
Minneapolis, MN 55402
(651) 287-2100
g.blanchfield@rwblawfirm.com
b.penney@rwblawfirm.com
r.yard@rwblawfirm.com

*Liaison Counsel for Plaintiffs*